SHERRY RADACK
CHIEF JUSTICE

TERRY JENNINGS
EVELYN KEYES
LAURA CARTER HIGLEY
JANE BLAND
MICHAEL MASSENGALE
HARVEY BROWN
REBECA HUDDLE
RUSSELL LLOYD
JUSTICES



# Court of Appeals
# First District
## 301 Fannin Street
## Houston, Texas 77002-2066

CHRISTOPHER A. PRINE
CLERK OF THE COURT

JANET WILLIAMS
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700
FAX:    713-755-8131

www.1stcoa.courts.state.tx.us

April 7, 2015

Michael Shayne Hansley
TDCJ #01815497
William P. Clements Unit
9601 Spur 591
Amarillo, TX 79107

RE:  **Court of Appeals Number: 01-12-01023-CR**    **Trial Court Case Number: 11CR1177**
     **Court of Appeals Number: 01-12-01024-CR**    **Trial Court Case Number: 11CR1178**
     **Court of Appeals Number: 01-12-01025-CR**    **Trial Court Case Number: 11CR1179**

**Style:** Michael Shayne Hansley v. The State of Texas

This is to acknowledge your communication received March 31, 2015, with reference to your direct appeal. Please be advised:

Enclosed are copies of the Mandates in your appeals.

Please sign below and return to show receipt.

Sincerely,

Christopher A. Prine, Clerk of the Court

By Jesse Rodriguez, Deputy Clerk IV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR 20 2015

CHRISTOPHER A. PRINE

CLERK _____

RETURN RECEIPT

Received by _Michael Hansley_ Date Received _4-16-15_

Clerk of the Court,                    4-16-15


   Please be advised that this
mandate is null and void.
Had my transcripts been properly
and thouroughly reviewed the
court would have found that I
never recieved oral pronouncement
of sentence by the trial judge.
The First District Court of
Appeals never had the jurisdiction
   to affirm my conviction. I
am currently being illegally
restrained of my liberty without
a legal conviction or sentence.
I am entitled to a new direct
appeal once I have been properly
Sentenced.

                    Michael Hansly

Michael Hansley #1815497
Bill Clements Unit
9601 Spur 591
Amarillo, Tx.
79107

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 20 2015

CHRISTOPHER A. PRINE
CLERK

AMARILLO TX 791

16 APR 2015 PM 2 L

USA
2014 FOREVER

Court of Appeals
First District
301 Fannin Street
Houston, Tx.
77002-2066

9

77002&2066